# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (Petty / Misdemeanor Offenses) |
| V. | |
| | Case Number: DNCW309CR000063-001 |
| FARID ABEDI-ASL | |
| | USM Number: 23421-058 |
| | George Miller |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| _ | Pleaded guilty to violation(s) |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1028(a)(4) and (b)(6) | Fraud & Related Activity in connection with Identification Documents, Authentication Features and Information | October 2008 | 1 |

| | |
|---|---|
| _ | Counts(s) (is)(are) dismissed on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:**

1. ONE (1) YEAR PROBATION, $25 Assessment, $500 Fine

2. Periodic Drug Testing suspended

X   The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ 50.00  Per month to commence within 60 days.**  Court finds defendant does not have the ability to pay interest and waives the interest requirement

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 6 WITH A CRIMINAL HISTORY LEVEL OF I.

Date of Imposition of Sentence: July 24, 2009

David C. Keesler
United States Magistrate Judge

Date Signed:        August 6, 2009

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal