


**North Carolina Western**
**MEMORANDUM**

**Date:** June 18, 2010

**To:** David C. Keesler
U.S. Magistrate Judge

**From:** Shaun K. Caldwell
U.S. Probation Officer

**Subject:** Request for Permission to Travel Outside of the United States
The United States vs. Farid Abedi-Asl
DktNo.: 3:09CR63-1

---

This memorandum is in reference to the above-noted defendant who on July 24, 2009 was sentenced by Your Honor for Fraud & Related Activity in Connection With Identification Documents, Authentication Features and Information; in violation of 18 U.S.C. §§ 1028(a)(4), (b)(6). Your Honor ordered the defendant to serve one (1) year of probation with the following special conditions: (1) The defendant shall pay a $25.00 special assessment fee (satisfied); (2) The defendant shall pay a fine in the amount of $500.00 (satisfied).

On July 24, 2009 the defendant began his term of probation in the Western District of North Carolina. Since the commencement of Mr. Abedi-Asl's probation, he has been steadily in compliance with the terms and conditions set forth by the Court. He has satisfied all special conditions and committed no apparent violations. Furthermore, as of October 26, 2009 the defendant's Western District of North Carolina case (3:09CR63-1) was transferred to Low Intensity Supervision due to his continuous cooperation and compliance.

Aside from this, the defendant has made efforts to become a productive member of his community. Mr. Abedi-Asl has maintained residency in the Cornelius, North Carolina area since the commencement of his term of supervised release. Additionally, since May 8, 2009, the defendant has owned and operated his personal business Abedi Custom Homes.

Mr. Abedi-Asl has requested to travel outside of the United States to Tehran Khomeini, Iran for the purpose of vacationing with his wife and two children. His itinerary outlines a departure date of July 18, 2010 from Charlotte, North

Carolina via KLM Royal Dutch Airlines to Tehran Khomeini, Iran. The defendant has indicated to me that he will return back to the Western District of North Carolina on August 20, 2010.

Our office has no objection to this proposed travel request. The defendant has demonstrated the ability and interest to comply with the terms and conditions set forth by the Court. For this reason, I respectfully recommend that Mr. Abedi-Asl be granted the opportunity to travel with his family during, and to, the proposed dates and location.

Thank you for your attention in this matter. Should Your Honor have any questions, please contact my office at 704-350-7680.

[✓] Permission to Travel Approved
[ ] Permission to Travel Denied
[ ] Other

_6/22/10_  
Date

_Don C. K___  
Signature of Judicial Officer